E-FILED
Friday, 27 May, 2016  01:47:09 PM
Clerk, U.S. District Court, ILCD



| | |
|---|---|
| Subject | **DirectTV v. Preston - Meeting 3.15.16** |
| From | James M. Dore <james@dorelawoffices.com> |
| To | <smkaronis@gmail.com> |
| Date | 2016-03-15 13:57 |

Ms. Karonis, This email is being sent while we are still in the witness room in Peoria to memorialize our conversation.  We have agreed to continue the citation proceedings until further notice for documents to be produced, including but not limited to all organizational documents, bank account records, and tax returns of the corporate defendant.  You have agreed to prodcue all responsive documents by April 19, 2016.  We will discuss whether an examination is necessary, and if so, will work to an agreed date after the documents are produced.  I have provided you the Citation to Discover Assets to Wild Berries filed in this matter and the Third Party Citation to Discover Assets to Stephanie Karonis.

You have read this email before I sent it to you.


James M. Dore
Dore Law Offices
134 N. Lasalle St., #1208
Chicago, IL  60602
P: 312.726.8401; F: 844.272.4628
www.dorelawoffices.com