1:14-cv-01256-SLD-JEH    # 41-2    Page 1 of 2                    **E-FILED**
                                                    Friday, 27 May, 2016  01:47:09 PM
                                                         Clerk, U.S. District Court, ILCD



| | |
|---|---|
| Subject | **RE: Direct TV 1:14 cv 1256** |
| From | Edwin J. Hull <ehull@cutlerhull.com> |
| To | 'James M. Dore' <james@dorelawoffices.com>, 'Stephanie K.' <smkaronis@gmail.com> |
| Date | 2016-04-19 15:19 |

Mr. Dore,

Am I correct in interpreting your email (below) to mean that you have a judgment against each of the individuals listed in your below email?

What are the entities you are seeking to get a response to a citation from?

I am trying to help here.

Ed Hull


Edwin J. Hull
Cutler & Hull
70 West Madison Street
Suite 2101
Chicago, Illinois 60602

Main: (312) 726-0777
Fax: (312) 558-7773

E-Mail: ehull@cutlerhull.com

This communication may contain privileged and confidential information. It is intended only for the use of the recipient named above. If you are not the intended recipient of this communication, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by collect telephone call and return the original message to us at the address above via United States Postal Service.


-----Original Message-----
From: James M. Dore [mailto:james@dorelawoffices.com]
Sent: Tuesday, April 19, 2016 3:21 PM
To: Stephanie K. <smkaronis@gmail.com>
Cc: Ehull@cutlerhull.com
Subject: Re: Direct TV 1:14 cv 1256

Ms Denise Karonis, Ms. Stephanie Karonis, and Ms. Preston, Please provide names, addresses, and phone numbers for Stephanie Karonis, Denise Karonis, and Christina Preston.  As they all are signators on the below email, they may be entitled to notice for any motions.  Also, I would like to contact them directly to discuss the issues that are raised by a company's complete lack of documents and records that may be responsive to the citation.

---
James M. Dore
Dore Law Offices
134 N. Lasalle St., #1208
Chicago, IL  60602
P: 312.726.8401; F: 844.272.4628
www.dorelawoffices.com

On 2016-04-19 13:06, Stephanie K. wrote:

Mr. Dore,

I have had a lengthy conversation with Mr. Hull and he has directed me to respond to your citation to discover assets.

The entities that you have specified:  Wild Berry Three Inc and Wild Berries Group LLC were both involuntarily dissolved.

The entities never had any kind of checking accounts, received funds of any kind.

The entities had no assets ever and when opened were never used to operate any business concern.

If you need any further information please contact Mr. Hull.

Thank You
Stephanie Karonis
Denise Karonis
Christina Preston