# Dore Law Offices, LLC
*A Law Firm*

April 20, 2016

| | |
|---|---|
| **Ms. Stephanie Karonis** | **Ms. Denise Karonis and Ms. Christina Preston** |
| *Third Party Respondent and Corporate Defendant Representative* | *Corporate Defendant Representatives* |
| 922 Edgewater Drive | c/o Ms. Stephanie Karonis |
| Pekin, IL  61554 | 922 Edgewater Drive |
| P: 309-530-8052 | Pekin, IL  61554 |
| | P: 309-530-8052 |

RE: *DirectTV v. Wild Berries Group LLC*, et al, Case No. 1:14 cv 1256 – Document Production in Citation Proceedings - Via Mail Only

Dear Ms. Stephanie Karonis, Ms. Denise Karonis and Ms. Christina Preston,

      As you are aware, this office represents Plaintiff DirectTV in the above-captioned matter.  On March 15, 2016, Denise Karonis, Stephanie Karonis, and myself were in Court wherein I agreed to continue the citation proceedings in order for you to produce requested documents.  These documents were to be produced by April 19, 2016.  I am in receipt of an email of April 19, 2016 from Stephanie Karonis, Denise Karonis, and Christina Preston stating that there will be no such document production.

      At some point, the three of you operated a restaurant in Normal Illinois under the name "Wild Berries Restaurant" at 115 South Veterans Parkway.  The Complaint in this matter alleged that the corporate Defendant willfully obtained Plaintiff's programming without paying for the same and without rights.  A judgment was entered against Wild Berries Group LLC as a result of these actions.

      The citations cover all documents related to the operation of the Wild Berries Restaurant at 115 South Veterans Parkway in Normal.  Restaurants typically have bank accounts, property, tax returns, sales tax documents, and other corporate documents related to their existence.  As we discussed on March 15, these are the documents that I have requested; it is apparent that you are refusing to provide the operative documents of Wild Berries Restaurant.

      I have also requested the addresses of Christina Preston and Denise Karonis.  Both persons have a relationship with the Defendant and may have documents and information related to the enforcement of the judgment.  I ask that these addresses be produced to me.

      Please consider this my attempt to confer in good faith with all of you related to the document production in these proceedings and my attempt to obtain the relevant documentation without court intervention.  Please contact me, preferably by phone, by May 4, 2016 if you would like to discuss these issues further.

      /s/  James M. Dore

cc. Edwin Hull – Via Mail

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.  THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY AND ALL INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

134 North LaSalle Street, #1208
Chicago, IL  60602
P: 312-726-8401
C: 773-415-4898
F: 844-272-4628
james@dorelawoffices.com