E-FILED
Friday, 27 May, 2016 01:47:09 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| DIRECTV, LLC, | ) | Magistrate Judge Jonathan E. Hawley |
|     Plaintiff, | ) | |
| v. | ) | No. 1:14 cv 1256 SLD TSH |
| | ) | |
| CHRISTINA PRESTON, STEPHANIE KARONIS, and WILD BERRIES GROUP, LLC | ) | Courtroom C |
|     Defendants. | ) | |
| | ) | |
| Wild Berry Three, Inc. and Stephanie Karonis | ) | |
|     Third Party Respondents | ) | |

**Order on Plaintiff's Motion to Compel, and to issue summonses to confirm the conditional judgments as to Third Party Respondents Wild Berry Three, Inc. and Stephanie Karonis**

This matter before the Court upon Plaintiff's Motion to Compel, and to issue summonses to confirm the conditional judgments as to Third Party Respondents Wild Berry Three, Inc. and Stephanie Karonis, due notice having been served, the Court having jurisdiction over the parties and the subject matter, and the Court being advised, IT IS ORDERED:

1) Plaintiff's Motions are granted.

2) Defendant Wild Berries Group LLC, through its agents Stephanie Karonis, Denise Karonis, and Christina Preston are ordered to comply and produce documents responsive to the citation rider within 7 days;

3) Third Party Respondent Stephanie Karonis is ordered to comply and produce documents responsive to the citation rider within 7 days;

4) Plaintiff is authorized to issue and serve summonses to confirm the conditional judgments entered against Stephanie Karonis and Wild Berry Three, Inc.

5) the Court enters a judgment in the amount of _____ against Wild Berries Group LLC, Stephanie Karonis, Denise Karonis, and Christina Preston, jointly and severally, to compensate Plaintiff for its attorney's fees related to this motion and their refusal to provide responsive documents;

Dated:

_____

Magistrate Judge Jonathan E. Hawley